UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE CONTRACTING, INC., a California corporation; REYNALDO RIVERA, an individual; WAISMAN CONSTRUCTION, INC., a California corporation; THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation,<br><br>Defendants. | CASE NO. 2:20-cv-03881-PA (PJW<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>[Hon. Percy Anderson] |

Pursuant to the Stipulation re Dismissal of Entire Action Without Prejudice entered into by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC., and Defendants, EAGLE CONTRACTING, INC. and REYNALDO RIVERA through their respective attorneys pursuant to the terms of a Tolling Agreement entered into

between the Parties and good cause appearing therefor,

    IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice.

DATED: July 30, 2020

_____
PERCY ANDERSON,
UNITED STATES DISTRICT JUDGE

391110.1